# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN GEHR WILSON,**
Appellant,

v.

**SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS** and
**STATE OF FLORIDA,**
Appellees.

No. 4D22-1267

[October 20, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 56-2010-CF-001653A.

John Gehr Wilson, Bowling Green, pro se.

No appearance required for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***